# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Jesse Campbell | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:12-cv-01079-SNLJ |
| vs. | ) |
| | ) |
| FirstSource Advantage, LLC | ) |
| | ) |
| Defendant. | ) |

## Notice of Dismissal

It is hereby stipulated by and between plaintiff, Jesse Campbell, and defendant, FirstSource Advantage, LLC, that Plaintiff's Complaint and all of Plaintiff's claims and causes of action arising herein be, and the same are, hereby dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

Respectfully submitted,

/s/ Steven R. White

Purschke, White, Robinson, Becker & Briegel
STEVEN R. WHITE #45595MO, MBE 45595
4A South Church Street
Union, Missouri 63084
white@purschkewhite.com
(636) 583-5760  Fax: (636) 583-4887
ATTORNEY FOR PLAINTIFF

**SO ORDERED this 17th day of July, 2013.**

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**

1